**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     1:18-CV-01010

RICHARD CHAUSSART and CYNTHIA CHAUSSART

Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, SI., AMERICAN FAMILY MUTUAL INSURANCE COMPANY and THE PRINCETON EXPRESS & SURPLUS LINES INSURANCE COMPANY

Defendants

---

**NOTICE OF REMOVAL OF STATE COURT ACTION FILED BY DEFENDANT**

---

Defendant, improperly named in the caption above, by and through its undersigned attorneys, Ellis J. Mayer, Esq. of Nathan, Dumm & Mayer, P.C., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446; Federal Rule of Civil Procedure 81(c); and D.C.COLO.L.Civ.R. 81.1, hereby submits this Notice of Removal of the State Court Action filed by Richard Chaussart and Cynthia Chaussart ("Plaintiffs"), and states as follows:

**GROUNDS FOR REMOVAL**

1.     The Plaintiffs and the Defendant have diversity of citizenship and the amount in controversy exceeds $75,000.00, making this action appropriate for removal from the Federal Court in accordance with 28 U.S.C. § 1332 and 1441, and timely under 28 U.S.C. § 1446.

**THE STATE COURT ACTION**

2. On January 10, 2018, the Plaintiffs filed a State Court action entitled *Richard Chaussart and Cynthia Chaussart, Plaintiffs, v. American Family Mutual Insurance Company, S.I., American Family Mutual Insurance Company and The Princeton Express and Surplus Lines Insurance Company*, in the District Court for the 20th Judicial District, Boulder County, State of Colorado, Case Number 2018CV30035 (Exhibit A, Complaint and Jury Demand). A Civil Cover Sheet accompanied the Complaint (Exhibit B).

**DIVERSITY**

3. Plaintiffs are a resident of Frederick and State of Colorado (Complaint, Page 9), and live at the following address: 305 Coal Ridge Drive, Frederick, CO 80530 (Complaint and Jury Demand, Page 9).

4. Defendant The Princeton Excess and Surplus Lines Insurance Company ("PESLIC") is a wholly owned subsidiary of Munich Re America Corporation, a Delaware holding company that is ultimately owned entirely by Münchener Rüeckversicherungs or Munich Reinsurance Company ("Munich Re"). PESLIC is not two separate companies. (Affidavit of Wayne Falsetto, Exhibit C).

5. Defendant American Family Mutual Insurance Company SI, is a foreign corporation (¶2 of Plaintiff's Complaint) and non-resident of Colorado (¶2 of Plaintiff's Complaint) domiciled in the state of Wisconsin (Colorado Secretary of State Certificate of Document Filed of Statement of Articles of Incorporation, Exhibit D). American Family Mutual Insurance Company has changed its name to American Family Mutual Insurance Company SI (Colorado Secretary of State Certificate of Document Filed of Statement of Name Change.

Exhibit E). American Family Mutual Insurance Company SI and American Family Mutual Insurance Company are not two separate companies.

6. Because the action is between citizens of different states and/or subjects of a foreign state, diversity exists within the meaning of 28 U.S.C. § 1332(a).

## AMOUNT IN CONTROVERSY

1. The amount in controversy exceeds $75,000.00 according to:

   a. The Civil Cover Sheet filed by the Plaintiffs with his Complaint. Exhibit B (attached) indicates that the Simplified Rules of Civil Procedure do not apply because Plaintiffs seeks more than $100,000.00 in damages.

   b. Plaintiffs' Complaint (Exhibit A) alleges damages for economic and non-economic, including pain and suffering, inconvenience, emotional stress, and impairment of the quality of life, physical impairment, and disfigurement, damages for two time covered insurance benefit sought, and attorney fees.

## TIMELINESS OF REMOVAL

7. The Defendant is filing this Notice of Removal within 30 days after service of the Complaint and Jury Demand and Civil Cover Sheet which occurred on April 18, 2018 (Exhibit J, L and O), accordingly, this Notice is timely under 28 U.S.C. § 1446(b).

8. The Civil Cover Sheet states that Plaintiffs seeks a monetary judgment of more than $100,000, exclusive of interest and costs. The civil cover sheet can be used to establish the amount in controversy for purposes of removal. *Paros Properties LLC v. Colorado*

*Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016) ("There is no ambiguity in the cover sheet. And we see no reason not to credit an assertion by an officer of the court on a matter of significant consequence in the state proceeding (whether or not simplified procedures will apply).") (citing *Henderson v. Target Stores, Inc.,* 431 F.Supp.2d 1143, 1144 (D. Colo. 2006)); See also *Kuzava v. United Fire & Cas. Co.*, No. 17-CV-02673-CMA-NYW, 2018 WL 1152266, at *4 (D. Colo. Mar. 5, 2018); *Saucedo v. Martinez*, No. 18-CV-00080-NYW, 2018 WL 774342, at *2 (D. Colo. Feb. 8, 2018).

### COMPLIANCE WITH THE PROCEDURAL REQUIREMENTS

9. Pursuant to 28 U.S.C. § 1446(a), Federal Rule of Civil Procedure 81(c) and Colorado.L.R. 81.1, a copy of all process, pleadings, and orders that have been filed in a State Court are attached hereto and include:

> Complaint and Jury Demand (Exhibit A)
>
> Civil Cover Sheet to the Complaint (Exhibit B)
>
> Status Report and Request for Extension of Time to Serve Complaint (Exhibit F)
>
> Proposed Order RE Status Report and Request for Extension of Time to Serve Complaint (Exhibit G)
>
> Order RE Status Report and Request for Extension of Time to Serve Complaint (Exhibit H)
>
> Summons on Princeton Excess and Surplus Lines Insurance Company (Exhibit I)
>
> Affidavit of Service on 4-18-18 to Randy Wilson for Division of Insurance for Princeton Excess and Surplus Lines Insurance Company in Denver (Exhibit J)
>
> Summons on The Princeton Excess and Surplus Lines Insurance Company (Exhibit K)

> Affidavit of Service on 4-18-18 to Randy Wilson for Division of Insurance for The Princeton Excess and Surplus Lines Insurance Company in Denver (Exhibit L)
>
> Summons on American Family Mutual Insurance Company SI (Exhibit M)
>
> Affidavit of Service on 4-18-18 to Cole Stender for Corporation Service Company for American Family Mutual Insurance Company SI in Littleton (Exhibit N)
>
> Summons on The Princeton Express and Surplus Lines Insurance Company (Exhibit O)
>
> Affidavit of Service on 4-18-18 to Randy Wilson for Division of Insurance for The Princeton Express and Surplus Lines Insurance Company in Denver (Exhibit P)
>
> Summons on American Family Mutual Insurance Company (Exhibit Q)
>
> Return of Service on 4-18-18 to Cole Stender for Corporation Service Company for American Family Mutual Insurance Company in Littleton (Exhibit R)

10. No trial, hearings, or other proceedings are currently pending in the State Court from which this action is being removed.

11. Pursuant to 28 U.S. C. § 1446(b), a copy of this Notice of Removal has been filed with the Clerk of the District Court for the 20th Judicial District, Boulder County, State of Colorado, Case Number 2018CV30035 (Exhibit S), and a copy of the Notice of Removal has been served on counsel for the Plaintiffs and Counsel for American Family as specified in the attached Certificate of Service.

12. American Family consents to this Notice of Removal.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441 and 1446, Defendant respectfully requests that this case be removed from the 20th Judicial District, Boulder County, State of Colorado, to the United States District Court for the District of Colorado and enter such further Orders as may be necessary and proper for the continuation of this action.

Respectfully submitted this 30th day of April, 2018.

s/ Ellis J. Mayer
Ellis J. Mayer
Brenden William O'Brien Desmond
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Phone Number: (303) 691-3737
Fax: (303) 757-5106
Attorneys for The Princeton Express & Surplus Lines Insurance Company

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 30th Day of April, 2018, I electronically filed the foregoing ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT. with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

| | |
|---|---|
| John G. Taussig, III, Esq. | Debra K. Sutton, Esq. |
| Scott D. Smith, Esq. | Ashley R. Larson, Esq. |
| Taussig, Taussig, Smith & Balach, P.C. | Sutton \| Booker \| P.C. |
| 5377 Manhattan Circle, Suite 203 | 4949 S. Syracuse St., Ste. 520 |
| Boulder, CO 80303 | Denver, CO 80237 |
| jt@taussigsmith.com | dsutton@suttonbooker.com |
| scott@taussigsmith.com | alarson@suttonbooker.com |

s/ Ellis J. Mayer
Ellis J. Mayer
Brenden William O'Brien Desmond
Attorney for Defendants
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number:  (303) 691-3737
Facsimile:  (303) 757-5106
EMayer@ndm-law.com
BDesmond@ndm-law.com