**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 18-cv-01010-REB-STV

RICHARD CHAUSSART, and
CYNTHIA CHAUSSART,

     Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, SI,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and
THE PRINCETON EXPRESS AND SURPLUS LINES INSURANCE COMPANY,

     Defendants.

---

**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

**Blackburn, J.**

     This matter is before me on the parties' **Stipulation for Dismissal with Prejudice** [#25][1] filed July 3, 2018.  After reviewing the stipulation and the record, I conclude the stipulation should be approved.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the parties' **Stipulation for Dismissal with Prejudice** [#25] filed July 3, 2018, is approved;

     2.  That plaintiffs' claims against The Princeton Express and Surplus Lines Insurance Company are dismissed with prejudice, with each party to bear their own attorney fees and costs;

---

[1]  "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3.  That defendant The Princeton Express and Surplus Lines Insurance

Company is dropped as a named defendant in this action; and

4.  That the caption shall be amended accordingly.

Dated July 6, 2018, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge