**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 18-cv-01010-REB-STV

RICHARD CHAUSSART, and
CYNTHIA CHAUSSART,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, SI, and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendants.

## ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE

**Blackburn, J.**

This matter is before me on parties' **Stipulation for Dismissal with Prejudice** [#29],[1] filed July 13, 2018. After reviewing the stipulation and the record, I conclude the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That parties' **Stipulation for Dismissal with Prejudice** [#29], filed July 13, 2018, is approved; and

2. That plaintiff's claims against defendants, are dismissed with prejudice, with each party to bear their own attorney fees and costs.

Dated July 13, 2018, at Denver, Colorado.

                    **BY THE COURT:**

                    */s/ Bob Blackburn*
                    Robert E. Blackburn
                    United States District Judge

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.